UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SYLVIA D. ROBINSON,

       Plaintiff,

v.                                                    Case No:  2:24-cv-328-JLB-KCD

SCOTTSDALE INSURANCE
COMPANY,

       Defendant.

_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that the Court dismiss Plaintiff's action without prejudice for failure to prosecute.  (Doc. 37).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id*.

Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation (Doc. 37) is **ADOPTED** and made a

part of this Order for all purposes.

2.    This case is **DISMISSED** without prejudice for Plaintiff's failure to

prosecute.

3.    The Clerk of Court is **DIRECTED** to enter judgment dismissing the

case without prejudice, terminate all deadlines, and close the case.

**ORDERED** in Fort Myers, Florida, on February 11, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE